IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CRIMINAL NO.  CR-03-20212

WAYNE P. EDMONDSON

    Defendant.

DEFENDANT'S MOTION TO EXTEND TIME
TO REPORT TO DESIGNATED INSTITUTION

Comes now the defendant, Wayne P. Edmondson, through his counsel of record, Samuel L. Perkins, and respectfully moves the court to be allowed additional time to report to the designated institution to serve his sentence.

The defendant would show that he was sentenced on March 18, 2005, to twenty-one (21) months imprisonment, following his guilty plea on December 13, 2004, for unlawful sale of firearms. At the sentencing hearing, the court permitted the defendant to remain on bond and report on his own to the designated facility when notified. The defendant filed his notice of appeal on March 25, 2005.

The notice of prisoner designation was filed on June 21, 2005, and on June 23, the court entered an order of surrender requiring the defendant to report to the United States

MOTION GRANTED
DATE: 7-18-2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

Document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

Penitentiary at McCleary, 330 Federal Way, Pine Knot, Kentucky by 2:00 p.m. on July 15, 2005.

The defendant lives in Bushnell, Florida, which is a considerable distance from the Kentucky facility. He is in the process of transferring numerous articles of personal property from his home to Spartanburg, South Carolina, where he has relatives who have agreed to take care of this property during his time of incarceration. He lives alone, and has been burglarized in the past and has suffered great loss as a result. He feels that this transfer is necessary in order to protect his property. Because his funds are limited to a modest V.A pension, it has taken him quite a while to make the proper arrangements to have the property sent to South Carolina.

As a further reason for the delay in reporting, the defendant would show that he has been assigned to a primary care provider, Barbara Allheit, at the Nashville, Tennessee, V.A. Hospital. He is presently waiting on prescriptions which are needed to treat numerous physical problems.

Based upon the foregoing, the defendant would respectfully request that he be given an additional ninety (90) days, or until

October 10, 2005, to report to the institution designated by this court.

                                       Respectfully submitted,

                                       SAMUEL L. PERKINS
                                       ATTORNEY AT LAW
                                       147 Jefferson Ave.
                                       Memphis, TN 38103
                                       (901) 523-8832

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing motion to extend time to report by delivering a copy of the same to the Stephen P. Hall, Asst. U.S. Attorney, 800 Federal Bldg., 167 N. Main St., Memphis, Tennessee, this 13th day of July, 2005-07-13

                                       SAMUEL L. PERKINS
                                       ATTORNEY AT LAW

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:03-CR-20212 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT