IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 21 AM 11: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | CASE  NO. 03-20212-D |
| | ) | |
| WAYNE P. EDMONDSON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## *A*M*E*N*D*E*D* ORDER TO SURRENDER

The defendant, Wayne P. Edmondson, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **USP McCreary, 330 Federal Way, Pine Knot, Kentucky 42635** by **2:00 p.m.** on ***TUESDAY, OCTOBER 11, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self-addressed envelope, acknowledging that he/she has received a copy of this Order, and that he/she will report as ordered to the facility named above.

**ENTERED** this the 21 day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

## ACKNOWLEDGEMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

**Signed:** _____
                             Defendant


**Date:** _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:03-CR-20212 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT